UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba LDS HOSPITAL, <br><br>Plaintiff, <br><br>vs. <br><br>DANVILLE SERVICES CORPORATION, and REGENCE BLUECROSS BLUESHIELD OF UTAH, <br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br><br>Case No. 2:18-cv-00002 <br><br>Judge Clark Waddoups |

Based on the parties' Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this 11th day of October, 2018.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge